## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | } | MDL DOCKET NO. 2-875 |
| LIABILITY LITIGATION (No. VI) | } | Maritime Docket (MARDOC) |
| | } | |
| This Document RELATES TO: | | |
| | | |
| | | |
| DONALD M. AMUNDSON, | } | |
| Plaintiff, | } | |
| v. | } | Case No. 2:11CV33902 |
| | } | |
| A-C PRODUCT LIAIBLITY TRUST et al., | } | |
| Defendants. | } | |

## NOTICE OF APPEARANCE

Georgia-Pacific Consumer Products LP, successor-in-interest to certain assets and liabilities of Fort James Operating Company and incorrectly named in Plaintiff's Complaint as Crown Zellerbach Corporation ("Defendant" or "Georgia-Pacific Consumer Products LP"), hereby enters an appearance in the above-captioned matter.  This appearance constitutes:

1)    a denial of all averments of fact in Plaintiff's Complaint and/or Amended Complaint; and

2)    an assertion of all applicable affirmative defenses, as if fully set forth herein.

Respectfully Submitted,

/s  Jeffrey F. Starling
Jeffrey F. Starling (VA Bar No. 65986)
McGuireWoods LLP
One James Center
901 East Cary St.
Richmond, Virginia 23219
Phone: (804) 775-4388
Fax: (804) 698-2046
Email: jstarling@mcguirewoods.com
*Attorney for Georgia-Pacific Consumer Products LP*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of August, 2011, a copy of the foregoing Notice of Appearance has been served via ECF upon all counsel of record in the Court's electronic filing system.

/s  Jeffrey F. Starling

\33180567.1