

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>Asbestos Products Liability Litigation<br>(No. VI) | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO.<br>2:11-cv- 33902 -ER<br><br>**NOTICE TO REMOVE<br>COUNSEL FROM DOCKET<br>REGARDING OWENS CORNING**<br><br>J. Mark Trimble (0046515)<br>Rohrbachers Cron Manahan<br>Trimble & Zimmerman Co., L.P.A.<br>405 Madison Avenue, 8th Floor<br>Toledo, Ohio  43604-1243<br>Telephone (419) 248-2600<br>Fax (419) 248-2614<br>E-mail: mtrimble@rcmtz.com |

Please take Notice that J. Mark Trimble of Rohrbachers Cron Manahan Trimble & Zimmerman Co. L.P.A., is no longer counsel of record for Owens Corning in reference to the above captioned matter.  Please remove same from the docket, as I am no longer counsel for Owens Corning.  Owens Corning is represented by James A. Gibb, Director Contingent Assets & Liabilities, Owens Corning, One Owens Corning Parkway, Toledo, OH  43659.

_____
J. Mark Trimble

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing pleading was served by regular U.S. Mail on this 10th day of November, 2011 to James A. Gibb, One Owens Corning Parkway, Toledo, Ohio 43659.

_____
J. Mark Trimble

2